IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY PRICKETTE, et al. | ) |
| | ) |
| v. | ) NO. 3-12-1267 |
| | ) JUDGE CAMPBELL |
| ROGER C. LIND, M.D., et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion to Remand (Docket No. 12). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is GRANTED, and this action is remanded to the Circuit Court for Montgomery County, Tennessee.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE